UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT DOUCETTE; BERNADINE ROBERTS; SATURNINO JAVIER; TRESEA DOUCETTE,

Plaintiffs,

v.

RYAN ZINKE, Secretary for the United States Department of the Interior; JOHN TAHSUDA III, Principal Deputy Assistant Secretary – Indian Affairs; and UNITED STATES DEPARTMENT OF THE INTERIOR,

Defendants.

C18-859 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 7, the deadline for defendants to file a responsive pleading or motion is EXTENDED to September 7, 2018.

(2) Having reviewed the complaint in this matter, the Court concludes that this proceeding is exempt from the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1)(A) and the initial conference requirements of Federal Rule of Civil Procedure 26(f). <u>See</u> Fed. R. Civ. P. 26(a)(1)(B)(i). The deadlines for conducting a Rule 26(f) conference and for exchanging initial disclosures are STRICKEN.

MINUTE ORDER - 1

(3) The deadline for filing a Joint Status Report is EXTENDED from August 20, 2018, to October 12, 2018. The Joint Status Report must contain the following information by corresponding paragraph numbers:

    1. A concise statement of the positions of the parties concerning the relief requested in the complaint.

    2. A summary of the procedural posture of the case and/or the status of the proceedings before the federal agency at issue, including whether final agency action has occurred or is expected to occur in the near future.

    3. A proposed deadline for filing the administrative record.

    4. A proposed deadline for the filing of dispositive motions.

    5. An indication whether trial will be required in this matter and, if so, an indication (i) when the matter will be ready for trial; (ii) whether such trial will be jury or non-jury; and (iii) how long such trial is anticipated to take.

    6. An indication whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13. The Magistrate Judge who will be assigned the case is the Honorable Brian A. Tsuchida. Agreement in the Joint Status Report will constitute the parties' consent to referral of the case to the assigned Magistrate Judge.

    7. An indication whether any party wishes a scheduling conference before a scheduling order is entered in this case. If the parties are unable to agree on any part of the Joint Status Report, they may answer in separate paragraphs. No separate reports are to be filed.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk