UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT DOUCETTE, et al.,

    Plaintiffs,

v.

DAVID BERNHARDT,[1] et al.,

    Defendants.

C18-859 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sua sponte EXTENDS the following deadlines: (a) the deadline for the parties to meet and confer and file the Joint Status Report required by the Minute Order entered December 21, 2018, docket no. 15, indicating whether this matter should be stayed pending a decision by the United States Court of Appeals for the Ninth Circuit in <u>Rabang v. Kelly</u>, No. 18-35711 (on appeal from W.D. Wash. Case No. C17-88-JCC), is EXTENDED to February 8, 2019; (b) the deadline for defendants to file a responsive pleading is EXTENDED to February 15, 2019; and (c) the deadline for defendants to file the administrative record is EXTENDED to February 22, 2019.

(2) The Court DECLINES to enter the parties' stipulation and proposed order indefinitely staying this matter, docket no. 19.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Bernhardt, Acting Secretary for the United States Department of the Interior, is hereby substituted for former Secretary Ryan Zinke.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of January, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk