IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT DOUCETTE; BERNADINE ROBERTS; SATURNINO JAVIER; TRESEA DOUCETTE,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, Secretary for the United States Department of Interior, in his official capacity; JOHN TAHSUDA III, Principal Deputy Assistant Secretary - Indian Affairs, in his official capacity; UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CASE NO. C18-0859-TSZ<br><br>**STIPULATION AND ORDER TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

WHEREAS on February 21, 2019, Defendants filed the administrative record as most recently ordered by this Court (Dkt. ## 20, 23-1-23-19);

WHEREAS the first dispositive motion deadline is March 7, 2019, by which time Plaintiffs must file their motion for summary judgment (Dkt. #15, at 4) and

WHEREAS the Parties through their respective counsel of record stipulate and agree that the administrative record should be supplemented by no later than March 5, 2019, to include seven additional documents:

1. Circa June 15, 2017 "Rob Porter/Nooksack Meeting" document (Dkt. #12-10)
2. November 9, 2017, e-mail from Gabe Galanda to Marcella Teters Re: Nooksack Special

STIPULATION AND ORDER TO
SUPPLEMENT THE ADMINISTRATIVE RECORD - 1
(Case No. C18-0859TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

Election with attachment "11-9-17 BIA Letter to Superintendent Teters"
3. Circa December 5, 2017, "Meeting Details" document (Dkt. #12-11)
4. December 7, 2017, e-mail from Gabe Galanda to Gregory Norton and Marcella Teters Re: Uncounted Primary Election Ballots
5. December 11, 2017, e-mail from Gabe Galanda to Gregory Norton and Marcella Teters Re: Nooksack Special Election Protest with attachment "12-11-17 BIA Election Protest to Marcella Teters Gregory Norton"
6. December 11, 2017, letter from Gabe Galanda to Gregory Norton and Marcella Teters Re: Nooksack Special General Election Protest
7. March 9, 2018, e-mail from Steven F. Lowery to PDAS John Tahsuda with attachment "Nooksack Recognition Final 3 9 18"

NOW THEREFORE the Parties through their respective counsel of record further stipulate and agree that the Court can make and enter the following agreed order:

Defendants shall file with the Court an amended or supplemental Administrative Index in the form of the original Administrative Index (Dkt. #23-1), as well as the seven documents listed above, by no later than March 5, 2019.

SO STIPULATED:

DATED this 28th day of February 2019.

BRIAN T. MORAN
United States Attorney


s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: brian.kipnis@usdoj.gov

Attorneys for Defendants

//

//

STIPULATION AND ORDER TO
SUPPLEMENT THE ADMINISTRATIVE RECORD - 2
(Case No. C18-0859TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

//

//

SO STIPULATED:

    DATED this 28th day of February 2019.

    s/Gabriel S. Galanda
    Gabriel S. Galanda, WSBA #30331
    s/Anthony S. Broadman
    Anthony S. Broadman, WSBA #39508
    s/Bree R. Black Horse
    Bree R. Black Horse, WSBA #47803
    Attorneys for Plaintiffs
    GALANDA BROADMAN, PLLC
    8606 35th Ave. NE, Ste. L1
    P.O. Box 15146
    Seattle, WA 98115
    Ph: (206) 557-7509; Fax: (206) 299-7690
    Email: gabe@galandabroadman.com
    Email: anthony@galandabroadman.com
    Email: bree@galandabroadman.com

    Attorneys for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation,

IT IS SO ORDERED.

DATED this 1st day of March, 2019.

                _Thomas S. Zilly_
                Thomas S. Zilly
                United States District Judge

STIPULATION AND ORDER TO
SUPPLEMENT THE ADMINISTRATIVE RECORD - 3
(Case No. C18-0859TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970