UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT DOUCETTE, et al., | |
|---|---|
| Plaintiffs, | |
| v. | C18-859 TSZ |
| DAVID BERNHARDT, et al., | MINUTE ORDER |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 29, the deadlines set forth in Paragraph 2 of the Minute Order entered December 21, 2018, docket no. 15, are EXTENDED as follows:

| | |
|---|---|
| Defendants' consolidated response and cross-motion (not to exceed 48 pages in length) shall be noted for May 24, 2019, and filed by | April 18, 2019 |
| Plaintiffs' consolidated reply and response to cross-motion (not to exceed 36 pages in length) shall be filed by | May 10, 2019 |
| Defendants' reply (not to exceed 12 pages in length) shall be filed by | May 24, 2019 |

MINUTE ORDER - 1

(2) Plaintiffs' motion for summary judgment, docket no. 28, is RENOTED to May 24, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2019.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2