UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT DOUCETTE, et al.,

    Plaintiffs,

v.

DAVID BERNHARDT, et al.,

    Defendants.

C18-859 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for relief from deadline, docket no. 35, is GRANTED. Defendants' reply submitted on May 31, 2019, docket no. 34, will be treated as timely filed and will be considered in connection with the pending cross-motions for summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2019.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1