UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT DOUCETTE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DAVID BERNHARDT, Secretary of United States Department of the Interior, et al.,<br><br>　　　　　Defendants. | C18-859 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 48, plaintiffs' Rule 60(b) motion for relief from judgment and Rule 15(a)(2) motion for leave to amend their operative pleading, docket no. 45, is RENOTED to March 13, 2020. Defendants' response shall be due on March 2, 2020, and any reply shall be filed by the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of February, 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1